**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEANNE MCINTIRE, | ) Case No.: 1:15-cv-0050 - LJO - JLT |
| Plaintiff, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) (Doc. 5) |
| MIDLAND CREDIT MANAGEMENT, et al., | ) |
| Defendants. | ) |
| | ) |

On March 31, 2015, Plaintiff notified the Court that the parties had reached a settlement of the matter, and requested sixty days "to file dispositive documentation." (Doc. 5)

Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1.      The stipulated request for dismissal **SHALL** be filed no later than **June 1, 2015**; and

2.      All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   __April 7, 2015__          _____/s/ Jennifer L. Thurston__
                                         UNITED STATES MAGISTRATE JUDGE