L. Paul Mankin, Esq. (SBN 264038)
The Law Office of L. Paul Mankin
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEANNE MCINTIRE, an individual,**  )<br>)<br>Plaintiff,  )<br>)<br>     vs.  )<br>)<br>**MIDLAND CREDIT** )<br>**MANAGEMENT, INC.; and DOES 1** )<br>**through 10, inclusive,** )<br>)<br>Defendant.  )<br>_____ ) | Case No. 1:15-cv-0050-LJO-JLT<br><br>**ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

   The Court has reviewed the Stipulation of Plaintiff, DEANNE MCINTIRE, and Defendant, MIDLAND CREDIT MANAGEMENT, INC., to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Joint Stipulation between parties, the Court orders as follows:

///

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated:   **May 13, 2015**                              **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE